The defendant answered that the contract was that he would sell his store of goods to complainants at costs and charges, and in order to ascertain the costs and charges it was agreed that an invoice should be taken at the retail prices, from which was to be deducted 50 per cent, *Page 343 
the advance put upon them by defendant, or, in other words, the retail prices; that then to the sum so remaining, after taking off the advance, was to be added 5 per cent to cover costs and charges; that, according to the calculation made as agreed on, the sum due was $3,046.18, for which complainants gave their bond, on which they have since made large payments; that at the time of giving it they pretended that the calculation was erroneous, but on having it explained to them they acknowledged its correctness.
Defendant, further answering, admitted that in the agreement (627) 50 per cent was spoken of as the deduction to be made, but that was the 50 per cent added to the invoice price, which in fact was a discount of 33 1/3 per cent.
The matter of account was referred to the clerk and master of this Court, who reported that, according to the contract, the goods were to be estimated at the retail prices — in other words, at an advance of 50 per cent; that a discount of 45 per cent was then to be made, leaving thereby 5 per cent on prime cost to cover costs and charges. The result would be as follows:
 Amount according to retail prices ................... $4,351.68 Deducting the advance, 50 per cent, say one-third.... 1,450.56 --------- Prime cost ....................................... $2,901.12 Add 5 per cent ...................................... 145.05 --------- Leaves the sum of ................................ $3,046.17
If it is to be understood that $45 in each hundred of the amount of the retail prices is to be deducted, then the result is as follows:
 Amount of retail prices ............................. $4,351.68 Deduct $45 from each hundred ........................ 1,958.24 --------- Leaving .......................................... $2,393.44
By this calculation (if 50 per cent was the advance) the defendant, instead of getting 5 per cent for costs and charges, does not get the prime cost of the goods.
The view of this case, taken in the first calculation of the master's report, is supported by the evidence in the cause, and corresponds to the contract of the parties. Therefore, dissolve the injunction with costs. *Page 344 
(628)